THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JACOB AVILES, | Case No. 2:24-CV-00649 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |

<u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

Stipulated to and presented on this 25th day of November, 2024.

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL (No. 2:24-CV-00649)

Samwel Cousineau, PC
4410 NE 40th Avenue
Vancouver, WA 98661
sdcousineau@gmail.com
971-207-5140

1

DATED: November 25, 2024

/s/ Sharon D. Cousineau
Samwel Cousineau, PC
4410 NE 40th Avenue
Vancouver, WA 98661
sdcousineau@gmail.com
Phone: (971) 207-5140

Attorney for Plaintiff


/s/ Jeffrey I. Hasson
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
hasson@hassonlawllc.com

Attorney for Defendant

_____

ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.   DATED this 25th day of November 2024.


The Honorable John C. Coughenour
United States District Court Judge


STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL (No. 2:24-CV-00649)

Samwel Cousineau, PC
4410 NE 40th Avenue
Vancouver, WA 98661
sdcousineau@gmail.com
971-207-5140

2